UNITED STATES of America,
Plaintiff–Appellee,

v.

Obdulio GONZALEZ–NAVAS,
Defendant–Appellant.

No. 07–13109
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 4, 2008.

R. Fletcher Peacock, Lynn Palmer Bailey, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Obdulio Gonzalez–Navas in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez–

Navas's revocation of supervised release and resulting sentence are **AFFIRMED.**